JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLEY WEASEL FAT, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>UNIVERSAL STUDIOS HOLLYWOOD; UNIVERSAL CITY STUDIOS LLC; NBC UNIVERSAL THEME PARKS; DOE 1 (MANAGER) and DOES 2 to 50, inclusive,<br><br>  Defendants. | Case No.: 2:25-cv-07891-AB (ASx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  October 15, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE